UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ADAM MOSES DELLEA,

Plaintiff,

v. Case No.: 2:26-cv-2039-SPC-KRH

WILLIAM G. PRUMMELL, JR. *et al.*,

Defendants.
_________________________________/

**OPINION AND ORDER**

Before the Court are Plaintiff Adam Moses Dellea's Motion for Preliminary Injunction (Doc. 10) and Emergency Motion for Temporary Restraining Order (Doc. 11). The Court dismissed Dellea's complaint for failure to state a claim on September 2, 2026, and gave him 21 days to file an amended complaint. Dellea's motions for preliminary injunctive relief rely on the dismissed complaint to establish a substantial likelihood of success on the merits. Since the Court has already determined Dellea cannot succeed on his complaint, his motions likewise fail. *See Siegel v. LePore*, 234 F.3d 1163, 1176 (11th Cir. 2000) (discussing the requirements for injunctive relief).

Dellea's motions also fail on their merits. He complains that prison officials are not treating his correspondence with Karen Mussek—who he describes as his legal assistant/power of attorney—as legal mail. Prison

officials' interference with a prisoner's legal mail can infringe the prisoner's constitutional right to access the court. *See Christmas v. Nabors*, 76 F.4th 1320, 1328-29 (11th Cir. 2023). But Dellea's correspondence with Mussek is not privileged legal mail because Mussek is not an attorney. *See United States ex rel. Bibby v. Wells Fargo Bank, N.A.*, 165 F. Supp. 3d 1319, 1328 (11th Cir. 2015) (explaining the limits of the attorney-client privilege with respect to correspondence between non-attorneys). In future filings, Dellea should remember that correspondence with a non-attorney is not privileged legal mail, even if he considers the correspondent his legal assistant.

Accordingly, Adam Moses Dellea's motions for injunctive relief (Docs. 10 and 11) are **denied**.

**DONE** and **ORDERED** in Fort Myers, Florida on September 4, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record